**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| HENDRICKS & LEWIS PLLC, | Case No. 2:10-cv-09921-ODW(PLAx) |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S MOTION UNDER RULE 69 FOR RELEASE OF LEVIES, STAY OF ENFORCEMENT, AND FOR IMPLEMENTATION OF INSTALLMENT PAYMENT PLAN [269]** |
| GEORGE CLINTON, | |
| Defendant, | |

The Court incorporates its Findings of Fact and Conclusions of Law on Plaintiff Hendricks & Lewis PLLC's Assignment Motion into this Order. (ECF No. 284.) The Court **DENIES** Defendant George Clinton's Motion Under Rule 69 for Release of Levies, Stay of Enforcement, and for Implementation of Installment Payment Plan. (ECF No. 269.)

The Court finds that the property levied by H&L is subject to enforcement. *See* Cal. Civ. Proc. Code § 699.710. Furthermore, Clinton's exemption arguments are either unpersuasive or inconsistent. For example, Clinton argues that the levies should be released against the royalty accounts for The C Kunzpyruhzy, LLC and A

Scoop Of Poop Productions, Inc. because they are "wholly separate and non-debtor corporate entities." (ECF No. 269 at 7.) But later in his own Motion, Clinton seeks an installment payment plan where the apparently non-debtor entities will pay the judgment Clinton owes. (*Id.* at 8.)

In addition, the Court, in its discretion, declines to stay enforcement as this matter has been in flux for far too long. *See* Cal. Civ. Proc. Code § 918.5. Finally, the Court is disinclined to implement Clinton's proposed installment payment plan. The Court has always encouraged a non-judicial resolution of this matter, but those efforts have been unsuccessful. H&L is within its rights to enforce the judgment in the manner it is has chosen here.

For the reasons discussed above, Clinton's Motion to Release Levies, Stay Enforcement, and Implement Installment Payment Plan is **DENIED**. The Court has now adjudicated on all pending matters in this action. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

December 5, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**