KATHERINE HENDRICKS (Admitted Pro Hac Vice)
kh@hllaw.com
HENDRICKS & LEWIS PLLC
1516 Federal Ave E
Seattle, Washington 98102-4233
Telephone (206) 624-1933
Facsimile (206) 319-4505

MARY H. HAAS (State Bar No. 149770)
maryhaas@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Facsimile (213) 633-6899

Attorneys for Plaintiff
HENDRICKS & LEWIS PLLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRICKS & LEWIS PLLC, a Washington professional limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE CLINTON, an individual,<br><br>Defendant. | Case No. CV10-09921- ODW (PLAx)<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW, AND ORDER MODIFYING ASSIGNMENT ORDER DATED DECEMBER 5, 2014**<br><br>The Honorable Otis. D. Wright II<br><br>Date:<br>Time:   1:30 p.m.<br><br>Action Filed:  August 10, 2010 |

## I. BACKGROUND.

This matter originally came before the Court on Plaintiff and Judgment

[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 1
{196659.DOCX }

Creditor Hendricks & Lewis PLLC ("H&L")'s Motion for Assignment Order, Restraining Order and Turnover Order filed on December 27, 2010. (*See* ECF No. 5.) On December 5, 2014, this Court granted H&L's motion and entered Findings and Conclusions on Motion for Assignment Order, Restraining Order, and Document Turnover Order (the "Assignment Order").

H&L has moved for a modification of the Assignment Order to extend it to cover four (4) awards for attorneys' fees and costs totaling $430,768.35. The parties have provided briefing on the subject and the having considered that briefing as well and the entire record of this proceeding, the Court makes the following findings of fact and conclusions of law and Order Extending Assignment Order.

## II. FINDINGS OF FACT.

1. On May 28, 2010, the United States District Court for the Western District of Washington entered judgment in favor of H&L and against Defendant and Judgment Debtor George Clinton for $1,675,639.82 (the "Original Judgment"). Pursuant to 28 U.S.C. § 1963, H&L registered that judgment in this District on August 10, 2010.

2. On December 27, 2010, H&L moved for Assignment Order, Restraining Order and Turnover Order to provide for payment of the Original

[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 2
{196659.DOCX }

Judgment and costs of the litigation.

3. On December 5, 2014, this Court granted H&L's motion and entered Findings and Conclusions on Motion for Assignment Order, Restraining Order, and Document Turnover Order (the "Assignment Order"). The Assignment Order provided for payment of the Original Judgment, interest and costs of the litigation.

4. On February 5, 2015, this Court awarded H&L its reasonable attorney' fees of $119,666.50 as part of the costs of the assignment motion litigation, and on March 17, 2015, taxed costs of $13,611.19. Royalties assigned have been applied to payment of these fees and costs.

5. The balance due on the Original Judgment after application of payments through October 27, 2016 was $40,216.37.

6. On September 29, 2016, in *Hendricks & Lewis PLLC v. George Clinton*, No. 3:13-mc-00183 (M.D. Tenn.), the United States District Court for the Middle District of Tennessee ordered George Clinton to pay H&L reasonable attorneys' fees in the amount of $146,931.25. Pursuant to 28 U.S.C. § 1963, H&L registered that Order in this District on November 14, 2016.

7. On August 28, 2015, in *George Clinton v. Will Adams v. Hendricks & Lewis PLLC*, No. 12-56663 (9thCir.), D.C. No. 10-cv-9476-ODW (C.D. Cal.), the United States Court of Appeals for the Ninth Circuit awarded H&L attorneys' fees

[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 3
{196659.DOCX }

and costs against George Clinton in the total amount of $64,540.45.

8. On December 9, 2014, in *Hendricks & Lewis PLLC v. George Clinton*, No. 13-35010 (9th Cir.), D.C. No. 12-CV-841-RSL, the United States Court of Appeals for the Ninth Circuit issued its mandate and taxed costs against George Clinton in the amount of $892.10. On January 6, 2015, the United States Court of Appeals for the Ninth Circuit amended its mandate by an Order to George Clinton to pay H&L reasonable attorneys' fees in the amount of $157,618.00. Pursuant to 28 U.S.C. § 1963, H&L registered the Mandate in this District on November 16, 2016, and the Order in this District on November 2, 2015.

9. On July 19, 2010, in *Hendricks & Lewis PLLC v. George* Clinton, No. C10-0253-JCC (W.D. Wash.), the United States District Court for the Western District of Washington entered judgment awarding H&L its reasonable attorneys' fees against George Clinton in the amount of $60,786.50. Pursuant to 28 U.S.C. § 1963, H&L registered that Judgment in this District on October 27, 2016.

10. As a consequence of the foregoing four awards, George Clinton has become indebted to Hendricks & Lewis PLLC for a total of $430,768.35 for attorneys' fees and costs in addition to the original judgment debt he owed Hendricks & Lewis PLLC, the balance of which was $1,304,340.72 at the time the Court entered the assignment order on December 5, 2014.

[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 4
{196659.DOCX }

11. Clinton incurred these fees and costs by opposing, obstructing and delaying payment of the original judgment debt for which the Assignment Order was entered.

12. George Clinton has given notice to Broadcast Music, Inc. ("BMI") of termination of his songwriter's performance royalty accounts. Two of the accounts have terminated. The last of these accounts that provides royalties, the Tick Free Music account, reportedly terminates on June 30, 2017.

13. Clinton reported to this Court that he has moved or is moving his accounts to a French organization comparable to BMI, Société *d*es Auteurs, Compositeurs et *É*diteurs de Musique (Society of Authors, Composers and Publishers (SACEM)) (ECF 263 at 8.).

14. At SACEM Clinton's royalties are beyond the reach of traditional U.S. state garnishment proceedings.

15. These royalties are now presumptively available to Clinton for his personal needs and use.

16. Under the assignment order entered on December 5, 2014, the original judgment debt and the costs of the Assignment Order litigation have been substantially paid down, and thus, the assigned royalty streams from Universal Music Group ("UMG") and SoundExchange soon will be available to pay down

[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 5
{196659.DOCX }

Clinton's new obligations.

17. H&L currently has two pending judgment enforcement actions outside this District. One involves an order from the United States District Court for the Western District of Washington appointing a receiver and directing the licensing and/or sale of four copyrights in sound recordings to pay the Original Judgment and the attorneys' fee judgment entered by that Court. The other involves a garnishment of Clinton's remaining account at Broadcast Music, Inc. in the United States District Court for the Middle District of Tennessee to collect the attorneys' fees awarded by that court to H&L from Clinton.

18. All of the payments collected on the judgment to date have been the result of H&L's judgment enforcement actions. Clinton has not made any voluntary payments on the judgment unconnected to H&L's enforcement efforts since the judgment was entered in May 2010. Clinton also has not made any voluntary payments on the awards for attorneys' fees and costs against him and in favor of H&L.

19. Clinton has not turned over any documentation relating to his royalty streams as required by the Assignment Order.

20. Under the Assignment Order, H&L receives royalty payments from third-party royalty payors Universal Music Group ("UMG") and SoundExchange.

## III. CONCLUSIONS OF LAW.

1. H&L has registered each of the out-of-district attorneys' fee and costs awards under 28 U.S.C. § 1963, and each of those awards therefore "has the same effect as a judgment of the district court of the district where registered and may be enforced in like manner." 28 U.S.C. § 1963.

2. Under FED. R. CIV. PROC. 69 California law governs this judgment enforcement proceeding.

3. In California, all property of the judgment debtor is subject to enforcement of a money judgment absent a statutory exemption. CAL. CIV. CODE § 695.010(a); *Ford Motor Credit Co.. v. Waters*, 166 Cal. App. 4th Supp. 1, 8, 83 Cal. Rptr. 3d 826 (2008).

4. Under California judgment law, "Either the judgment creditor or the judgment debtor may apply to the court on noticed motion for an order to modify . . . the assignment order. CAL. CIV. CODE § 708.560(a). Under CAL. CIV. CODE § 708.560(b) "The court shall make an order modifying . . . the assignment order upon a showing that there has been a material change in circumstances since the time of the previous hearing on the assignment order." Section 708.560(b) also provides that "The order shall state whether and to what extent it applies to payments already made."

[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 7
{196659.DOCX }

5. The awards of attorneys' fees and costs against Clinton and in favor of H&L constitute a material change in circumstances that have increased Clinton's total liability to H&L.

6. The substantial pay-down of the balance due on Original Judgment debt and the costs of litigation consisting of awards by this Court of attorneys' fees of $119,666.50 and costs of $13,611.19 constitute a material change in circumstances that will shortly make the assigned royalty streams under the initial assignment available for payment of the attorneys' fees and costs awards.

7. Clinton's termination of his accounts with Broadcast Music Inc. ("BMI") to be effective June 30, 2017 and transfer of his performance royalties from to Societe des Auteurs, Compositeurs et Editeurs de Musique ("SACEM") in France, beyond the reach of traditional United States garnishment and attachment procedures, constitute a material change in circumstances. This will make significant revenue available to Clinton in addition to other royalty payments not assigned to meet Clinton's reasonable requirements.

8. Based on this evidentiary record, H&L has satisfied its burden of demonstrating the propriety of and need for the modification of the assignment order it now seeks as well as an extension of the order restraining Clinton from disposing of or otherwise transferring the royalty streams at issue and requiring

[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 8
{196659.DOCX }

Clinton to turn over documentation relating to these royalty streams

**IT IS HEREBY ORDERED** as follows:

1. H&L's motion for modification of the assignment order, restraining order and turnover order is GRANTED.

2. The Assignment Order dated December 5, 2014 is hereby modified and amended in paragraph 2 on page 14 to provide that the specified assigned accounts

> are hereby ASSIGNED to Hendricks & Lewis PLLC, c/o Katherine Hendricks, <u>1516 Federal Avenue East, Seattle, Washington 98102-4233</u> for purposes of payment of (1) the judgment in the amount of $1,304,340.72, plus interest after September 12, 2014, plus other costs as may be allowed, <u>and (2) attorneys' fees and costs awards totaling $430,768.35.</u>  The Assignment shall remain in place until such time as the judgment including accrued interest <u>and said attorneys' fees and costs awards are paid in full</u>, or until this Order is amended.

(Emphasis on language added.)

The Assignment Order dated December 5, 2014, is further modified and amended in paragraph 3 on page 15 of the Assignment Order to provide that the specified accounts

[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 9
{196659.DOCX }

are hereby ASSIGNED to Hendricks & Lewis PLLC, c/o/ Katherine Hendricks, <u>1516 Federal Avenue East, Seattle, Washington 98102-4233</u> for purposes of payment of (1) the judgment in the amount of $1,304,340.72, plus interest after September 12, 2014, plus other costs as may be allowed, <u>and (2) attorneys' fees and costs awards totaling $430,768.35.</u>  The Assignment shall remain in place until such time as the judgment including accrued interest <u>and said attorneys' fees and costs awards are paid in full</u>, or until this Order is amended.

(Emphasis on language added.)

       3.     IT IS ORDERED that pursuant to Cal. Civ. Proc. Code § 708.510, all accounts, accounts receivable, rights to payment of money, contract rights, rights to payment of money from third parties, contingent rights, deposits and deposit accounts, claims against third parties and monies due from the following third parties (referred to collectively hereinafter as "Royalty Payors"):

       a.     UNIVERSAL MUSIC GROUP, INC., UMG RECORDINGS, INC., and all affiliated labels, 2220 Colorado Avenue, Santa Monica, California 90404, and 1755 Broadway, New York, New York 10019, specifically the following accounts:

| Account No. | Account Name |
| --- | --- |
[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 10

{196659.DOCX }

| Account No. | Account Name |
|---|---|
| XXXX3068 | Clinton George/Clijo Prod-310 |
| XXXX5301 | Clinton George-Paythrough Acc |
| XXXX6304 | Parliament |
| XXXXP730 | Tick Free Music |
| XXXX0297 | Tick Free Music Inc. |
| XXXX4652 | Tick Free Music |

    b.    CAPITOL RECORDS, EMI MUSIC, EMI MUSIC NORTH AMERICA, and all affiliated labels, 1750 Vine Street, Hollywood, California 90028, specifically the following accounts:

| Account No. | Account Name |
|---|---|
| XXXX7/002 | Red Hot Chili/George Clinton – 7137455 |
| XXXX8/001 | Clinton, George/Clijo Prod – 3101687 |
| XXXX38/002 | Clinton, Ge/Gregory Paul Prod – 3101689 |
| XXXX38/003 | Clinton, George/Scoop of Poop – 3101690 |
| XXXX38/007 | Clinton, George/Clijo Prod – 3601687/3651687 |
| XXXX38/008 | Clinton, George-Paythrough Acct – G.H. |
| XXXX98/001 | Clinton, G/Scoop of Poop Prod - 3101691 |

    c.    SOUNDEXCHANGE, 733 10th Street NW, 10th Floor, Washington D.C. 20001, specifically account for What Productions and/or The C Kunspyruhzy F/S/O George Clinton.

[PROPOSED] FINDINGS AND CONCLUSIONS, AND ORDER MODIFYING ASSIGNMENT ORDER DATED DECEMBER 5, 2014 - 11

{196659.DOCX }

and in favor of and for the benefit of Defendant and Judgment Debtor George Clinton, or any of Defendant's assignees, other persons acting on his behalf, and any of the following Clinton entities:

    d.    P-Funk, Inc.;

    e.    Clijo Productions, Inc.;

    f.    Disc and Dat, Inc. I;

    g.    Disc and Dat, Inc. II;

    h.    What Production Company, Inc.;

    i.    Tick Free Music Publishing, Inc.;

    j.    The Dog In Me, Inc.;

    k.    The C Kunspyruhzy, LLC;

    l.    PFunk Nation Celebration, Inc.;

    m.    Egmitt Productions, Inc.;

    n.    A Scoop of Poop Productions, Inc.; and

    o.    Exoskeletol Music

are hereby ASSIGNED to Hendricks & Lewis PLLC, c/o Katherine Hendricks, 1516 Federal Ave E, Seattle, Washington 98102-4233, for purposes of payment of (1) the judgment in the amount of $1,304,340.72, plus interest after September 12, 2014, plus other costs as may be allowed; and (2) attorneys' fees and costs award

[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 12
{196659.DOCX }

totaling $430,768.35.  The Assignment shall remain in place until such time as the judgment is paid in full, including accrued interest, and the said attorneys' fees and costs are paid in full, or until this Order is amended.

      4.      IT IS FURTHER ORDERED that pursuant to CAL. CIV. PROC. CODE § 708.510, all accounts, accounts receivable, rights to payment of money, contract rights, rights to payment of money from third parties, contingent rights, deposits and deposit accounts, claims against third parties and monies due Clinton from the following Clinton entities:

    a.    P-Funk, Inc.;

    b.    Clijo Productions, Inc.;

    c.    Disc and Dat, Inc. I;

    d.    Disc and Dat, Inc. II;

    e.    What Production Company, Inc.;

    f.    Tick Free Music Publishing, Inc.;

    g.    The Dog In Me, Inc.;

    h.    The C Kunspyruhzy, LLC;

    i.    PFunk Nation Celebration, Inc.;

    j.    Egmitt Productions, Inc.;

    k.    A Scoop of Poop Productions, Inc.; and

[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 13
{196659.DOCX }

   l. Exoskeletol Music

and in favor of and for the benefit of Defendant and Judgment Debtor George Clinton, or any of Defendant's assignees or other persons acting on his behalf, are hereby ASSIGNED to Hendricks & Lewis PLLC, such that payments due from any of the Royalty Payors to any Clinton entity identified above may be paid directly to Plaintiff and Judgment Creditor Hendricks & Lewis PLLC, c/o Katherine Hendricks, 1516 Federal Ave E, Seattle, Washington 98102-4233, for purposes of payment of (1) the judgment in the amount of $1,304,340.72, plus interest after September 12, 2014, plus other costs as may be allowed; and (2) attorneys' fees and costs awards totaling $430,768.35.  The Assignment shall remain in place until such time as the judgment is paid in full, including accrued interest, and said attorneys' fees and costs awards are paid in full, or until this Order is amended.

  5. IT IS FURTHER ORDERED that pursuant to CAL. CIV. PROC. CODE § 708.520, Clinton, his agents, employees, attorneys, accountants, and other representatives, and any and all person(s) acting in concert or participating with any of them, are hereby stayed, prohibited, and enjoined from cashing, negotiating, advancing, collecting, assigning or encumbering any and all accounts, accounts receivable, rights to payment of money, claims for payment of money due from

[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 14
{196659.DOCX }

third parties, or other rights subject to the assignment herein.

6. IT IS FURTHER ORDERED that pursuant to CAL. CIV. PROC. CODE § 699.040, Clinton shall deliver all checks, cash, notes, instruments, deposits, deposit accounts, drafts, accounts receivable ledgers or journals, or any other tangible item of payment received by Clinton or his agents, employees, attorneys, accountants, and other representatives pertaining to the rights to payment subject to the assignment herein to the Marshal, Central District of California, 255 E. Temple Street, Room 346, Third Floor, Los Angeles, California 90012-4798.

IT IS SO ORDERED.

Date: January 25, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

[PROPOSED] FINDINGS AND CONCLUSIONS,
AND ORDER MODIFYING ASSIGNMENT ORDER
DATED DECEMBER 5, 2014 - 15
{196659.DOCX }